PRICE LAW GROUP, APC
Stuart M. Price (SBN 150439)
15760 Ventura Boulevard, Suite 1100
Encino, California 91436
Telephone: 818.907.2030
Facsimile: 818.205.3730
Stuart@pricelawgroup.com

Attorney for Plaintiff
KYLE CHAMBERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE CHAMBERS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAINE & WEINER COMPANY, INC., a corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendant(s). | Case No.: 2:15-cv-05644-R-FFM<br><br>**VOLUNTARY DISMISSAL** |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff KYLE CHMBERS (hereinafter "Plaintiff"), by and through his attorneys, PRICE LAW GROUP, APC, hereby voluntarily dismisses the above entitled case with prejudice.

RESPECTFULLY SUBMITTED,

Dated: October 27, 2015　　　　　　　　PRICE LAW GROUP, APC


By:  _/s/Stuart M. Price_
　　Stuart M. Price
　　**Attorney for Plaintiff**
　　**Kyle Chambers**